1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2010 MAY 26  P 3: 53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   No. CR 10 00417 MAG
                                    )
    Plaintiff,                      )
                                    )   VIOLATION: 18 U.S.C. § 1028(a)(7) – Use
    v.                              )   of a Means of Identification of Another
                                    )   Person in Connection with a Violation of
MARIA MENDOZA,                      )   Federal Law (a Class A Misdemeanor)
    a/k/a Maria Mendoza Duran,      )
                                    )   SAN JOSE VENUE
    Defendant.                      )
                                    )
_____)

INFORMATION

The United States charges:

On or about March 21, 2006, in Salinas, in the Northern District of California, the defendant,

MARIA MENDOZA,
a/k/a Maria Mendoza Duran,

did knowingly transfer, possess, and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, namely, a birth certificate and baptismal certificate in the name of "M.O.V.P.," with the intent to commit, to aid or abet, and in

INFORMATION
*United States v. Mendoza*

1  connection with, any unlawful activity that constitutes a violation of Federal law, namely, Social
2  Security fraud, in violation of 42 U.S.C. § 408.
3      All in violation of Title 18, United States Code, Section 1028(a)(7), a Class A
4  Misdemeanor.

8  DATED: April 27, 2010            JOSEPH P. RUSSONIELLO
                                          United States Attorney

11                                           DAVID R. CALLAWAY
                                          Chief, San Jose Office

14 (Approved as to form:
                 DANIEL R. KALEBA
15                  Assistant United States Attorney

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. § 1028(a)(7) - Use of a Means of Identification of Another Person in Connection with a Violation of Federal Law

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-filing*

**PENALTY:**
Maximum 1 year prison, $100,000 fine, 1 year supervised release; $25 special assessment fee

**DEFENDANT - U.S.**

FILED
2010 MAY 26 P 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

MARIA MENDOZA a/k/a Maria Mendoza Duran

**DISTRICT COURT NUMBER**
CR 10 00417 MAG

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Jahman Yates, SSA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____

Or... if Arresting Agency & Warrant were not Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

---

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    AUSA DANIEL KALEBA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: