JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2010 JUN -2  P 2: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MARIA MENDOZA,<br>　a/k/a Maria Mendoza Duran,<br><br>　　Defendant. | No. CR 10-00417-MAG<br><br>VIOLATION: 18 U.S.C. § 1028(a)(6)–<br>Possession of an Identification Document<br>Which was Produced Without Lawful<br>Authority (a Class A Misdemeanor)<br><br>SAN JOSE VENUE |

## SUPERSEDING INFORMATION

The United States charges:

On or about March 21, 2006, in Salinas, in the Northern District of California, the defendant,

MARIA MENDOZA,
a/k/a Maria Mendoza Duran,

did knowingly possess an identification document, namely, a Social Security card in the name of "M.O.V.P." that is an identification document of the United States which was produced without lawful authority, knowing it to be produced without lawful authority in violation of Title 18,

INFORMATION
*United States v. Mendoza*

1  United States Code, Section 1028(a)(6), a Class A Misdemeanor.

5  DATED: June _1_, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            DAVID R. CALLAWAY
                                            Chief, San Jose Office

11 (Approved as to form: _____ )
                         JEFFREY B. SCHENK
12                       Assistant United States Attorney

INFORMATION
*United States v. Mendoza*                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2010 JUN -2  P 2: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

---

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(6) - Possession of an Identification Document Which was Produced Without Lawful Authority

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum 1 year prison, $100,000 fine,
1 year supervised release; $25 special assessment fee

---

**DEFENDANT - U.S.**

▶ MARIA MENDOZA a/k/a Maria Mendoza Duran

DISTRICT COURT NUMBER
CR 10-00417 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Jahman Yates, SSA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): AUSA DANIEL KALEBA / JEFF SCHENK

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: