06/08/2010 04:42 PM EST

Version 7.0.1   Page  1   of  1

**U.S. Courts**
**Case Inquiry Report**

### SPECIAL ASSESSMENT PAID IN FULL

Defendant:   MARIA MENDOZA
Amount $   25.00          Date:   6/3/2010

**Case Number**   DCAN510CR000417     **Case Title**   US V MARIA MENDOZA
**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | MARIA MENDOZA | SPECIAL PENALTY ASSESSMENT | 25.00 | 25.00 | 0.00 |
| | | | 25.00 | 25.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | Payee Line# | Depository Line# | | | | |
| CT 54611007473 | 06/03/2010 | 06/04/2010 | PR | 25.00 | MARIA MENDOZA | O | 04 | 504100 |
| DCAN510CR000417-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |