# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue



## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Maria Mendoza | Docket No.: | CR 10-00417-01 PSG |

Name of Sentencing Judge:   The Honorable Patricia Trumbull
United States Magistrate Judge

Date of Original Sentence:   June 3, 2010

Original Offense: Possession of an Identification Document Which was Produced Without Lawful Authority, 18 U.S.C. § 1028(a)(6), a Class A misdemeanor

Original Sentence: One year Probation
Special Conditions: Special assessment $25.00, Restitution $42,670.14

Type of Supervision: Probation                Date Supervision Commenced: June 3, 2010
Assistant U.S. Attorney: Leeron Morad,        Defense Counsel: Eugene Martinez  (Retained)
Law Clerk

## Petitioning the Court to Take Judicial Notice

On June 3, 2010, the offender was ordered to pay $42,670.14 in restitution to the Social Security Administration. Mrs. Mendoza is a 71 year old grandmother, financially supported by her adult children. Mrs. Mendoza cares for her grandchildren and resides with her adult son and his wife. She has consistently made $100 monthly payments toward the restitution order and has complied with the conditions of supervision. She has payed to the best of her ability, despite her lack of income and inability to obtain legal employment due to her immigration status. According to the Offender Payment Enhanced Report Access (OPERA) report, the offender's outstanding restitution balance was $41,770.14. Based on her compliance, it is recommended that Mrs. Mendoza's supervision terminate as expected on June 2, 2011. Mrs. Mendoza understands her obligation to continue paying toward restitution after completion of Supervised Release.

The Assistant U.S. Attorney, Dan Kaleba, has been notified and there are no objections.

NDC-SUPV-FORM 12A 06/23/08

Maria Mendoza                                                                                    Page 2
CR 10-00417-01 PVT

Respectfully submitted,                             Reviewed by:

*[signature]*                                       *[signature]*
Juan F Ramirez                                      Susan Portillo
U.S. Probation Officer                              Supervisory U.S. Probation Officer

Date Signed:  April 28, 2011

---

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice

☐ Submit a request to modify supervision

☐ Submit a request for warrant

☐ Submit a request for summons

☐ Other:

5/2/2011                                            *[signature]*
Date                                                Paul S. Grewal
                                                    United States Magistrate Judge